# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE LYNN CARPER,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF NEBRASKA, NEBRASKA ATTORNEY GENERAL, HON. CJ HEAVICAN, Chief Justice, Nebraska Supreme Court; and HON. TWISS, Adams, Colfax County Judge;<br><br>　　　　　　Defendants. | **8:19CV404**<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the court on Plaintiff's response (filing no. 13) to the court's November 7, 2019 Memorandum and Order (filing no. 12) requiring Plaintiff to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. Upon consideration of Plaintiff's response and the court's receipt of payment of the initial partial filing fee,

　　IT IS ORDERED that: Plaintiff has shown sufficient cause and this matter will proceed. The next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

　　Dated this 10th day of December, 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　Senior United States District Judge