IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JULIE LYNN CARPER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, et al.,<br><br>Defendants. | 8:19CV404<br><br><br>**MEMORANDUM<br>AND ORDER** |

Plaintiff filed her Complaint in this matter on September 11, 2019, while she was incarcerated. The court granted her leave to proceed in forma pauperis on September 29, 2019, also while she was incarcerated. Plaintiff filed an Amended Complaint with a change of address on June 29, 2020, indicating that she is no longer incarcerated. (*See* Filing No. 20.)

Since Plaintiff is no longer incarcerated, she must now file a new application for leave to proceed in forma pauperis if she wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: September 2, 2020: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 3rd day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge